UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7866 CAS (RZx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | PELI POPOVICH HUNT, ET AL. V HORWITZ, CRON & ARMSTRONG LLP, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| M. SALCIDO | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                             Not Present

Proceedings:      (In Chambers:) REQUEST FOR ENTRY OF JUDGMENT (Docket #87, filed August 30, 2013)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the matter is hereby taken under submission.

By order dated July 8, 2013, this Court dismissed this action with prejudice against defendants United States of America, Miller, Lev, Goodrich, Gould, Selth, Pearlson, and Weintraub & Selth APC. The Court declined to exercise supplemental jurisdiction against plaintiff's remaining claims against defendants Armstrong and Horwitz, Cron & Armstrong, LLP.

On August 30, 2013, plaintiff Peli Popovich Hunt filed a " Request for Entry of Judgment," pursuant to Federal Civil Procedure Rules 59, 77, and 79. Request Entry Judgment 2. Dkt. #87.

The Court's order dated July 8, 2013, dismissing this action with prejudice as to the moving defendants, and declining to exercise supplemental jurisdiction over the claims asserted against the remaining defendants, suffices as a final order in this case.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | |
| | | | MS |