UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-07866-CAS-RZx | Date | February 26, 2014 |
|---|---|---|---|
| Title | PELI POPOVICH HUNT, ET AL. V HORWITZ, CRON & ARMSTRONG LLP, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                                             Not Present

Proceedings:   **(In Chambers:)** MOTION TO SUPPLEMENT RECORD ON APPEAL (dkt. 93, filed February 7, 2014)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of March 10, 2014, is vacated, and the matter is hereby taken under submission.

This action was dismissed on July 8, 2013. Dkt. 84. Plaintiff Peli Popovich Hunt subsequently appealed this dismissal to the Ninth Circuit Court of Appeals. Dkt. 86. Plaintiff now moves to supplement the record on appeal. The record on appeal consists of the original papers and exhibits filed in the district court, the transcript of proceedings, and a certified copy of the docket entries prepared by the district court clerk. Fed. R. App. P. 10(a); 9th Cir. R. 10-2. Plaintiff seeks to supplement this record with additional documents not previously filed with this Court. Rule 10(e), however, "which governs requests to modify the record on appeal, does not permit the appellant to 'add to or enlarge the record on appeal to include material that was not before the district court.'" Morrison v. Hall, 261 F.3d 896, 900 (9th Cir. 2001) (citing Dorothy W. Nelson, et al., Ninth Circuit Civil Appellate Practice, ¶ 4:16 at 4–3 (2001)). Accordingly, the Court DENIES plaintiff's motion to supplement the record on appeal.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | CMJ |